No. 02–751. SUN PRAIRIE *v.* MCCALEB, ASSISTANT SECRETARY FOR INDIAN AFFAIRS, DEPARTMENT OF THE INTERIOR,

ET AL. C. A. 8th Cir. Certiorari denied.